# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

In re: STEVEN CLARENCE SMITH  
      CONSTANCE KAY SMITH  
      Debtor(s)

Case No.: 10-81274-TJM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kathleen A. Laughlin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/29/2010.
2) The plan was confirmed on 07/23/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 07/01/2013.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/03/2013.
5) The case was converted on 08/09/2013.
6) Number of months from filing or conversion to last payment: 32.
7) Number of months case was pending: 41.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 94,958.77.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $28,800.00 | |
| Less amount refunded to debtor: | $17.97 | |
| **NET RECEIPTS:** | | $28,782.03 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,928.04 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,468.88 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $3,396.92 |

Attorney fees paid and disclosed by debtor:     $1,120.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ACCREDITED COLLECTION SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| BASS & ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| BRUCE BRUMM, MD | Priority | 5,358.00 | 996.00 | 996.00 | 996.00 | .00 |
| CAPITAL ONE BANK USA, NA | Unsecured | 2,926.00 | 2,956.32 | 2,956.32 | 371.72 | .00 |
| CAPITAL ONE NA | Secured | 2,896.00 | 1,459.72 | 1,459.72 | 1,459.72 | .00 |
| CAPITAL ONE NA | Unsecured | NA | 1,436.63 | 1,436.63 | 180.71 | .00 |
| CENTRIS FEDERAL CREDIT UNION | Secured | 9,732.00 | 8,549.71 | 8,549.71 | 8,549.71 | 303.31 |
| CHASE HOME FINANCE | Secured | 144,328.00 | 145,711.12 | 145,711.12 | .00 | .00 |
| CHASE HOME FINANCE | Secured | NA | 465.09 | 465.09 | 465.09 | .00 |
| CITIMORTGAGE | Secured | 211,001.00 | NA | NA | .00 | .00 |
| CREIGHTON UNIV MED CENTR | Unsecured | 549.00 | NA | NA | .00 | .00 |
| DEPARTMENT STORES NATL BANK/MA( | Unsecured | 326.00 | 371.20 | 371.20 | 46.72 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In re:  STEVEN CLARENCE SMITH  
       CONSTANCE KAY SMITH  
       Debtor(s)

Case No.:  10-81274-TJM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DSNB MACYS | Unsecured | NA | NA | NA | .00 | .00 |
| EAST BAY FUNDING | Unsecured | 66,871.00 | 1,880.31 | 1,880.31 | 236.44 | .00 |
| EAST BAY FUNDING | Unsecured | NA | 22,946.45 | 22,946.45 | 2,885.45 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 20,481.00 | 10,097.20 | 10,097.20 | 1,269.69 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 7,024.01 | 7,024.01 | 883.21 | .00 |
| FINANCIAL ASSET MGMT SYSTEMS | Unsecured | NA | NA | NA | .00 | .00 |
| GEMB/JC PENNEY | Unsecured | NA | NA | NA | .00 | .00 |
| GLELSI | Unsecured | 6,500.00 | NA | NA | .00 | .00 |
| HSBC | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 20,348.43 | 20,348.43 | 2,558.75 | .00 |
| MIDLAND FUNDING, LLC | Unsecured | 5,000.00 | 4,974.32 | 4,974.32 | 625.52 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 178.00 | 237.21 | 237.21 | 22.37 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 14,673.56 | 14,673.56 | 1,845.15 | .00 |
| THE NEBRASKA MEDICAL CENTER | Unsecured | 759.00 | 758.48 | 758.48 | 95.42 | .00 |
| TIBURON FINANCIAL LLC CO | Unsecured | NA | NA | NA | .00 | .00 |
| US BANK | Unsecured | NA | 6,771.29 | 6,771.29 | 851.51 | .00 |
| WELLS FARGO CARD SVCS | Unsecured | 13,825.00 | 7,231.46 | 7,231.46 | 909.33 | .00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

In re: STEVEN CLARENCE SMITH  
CONSTANCE KAY SMITH  
Debtor(s)

Case No.: 10-81274-TJM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO CARD SVCS | Unsecured | NA | 6,594.97 | 6,594.97 | 829.29 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 145,711.12 | .00 | .00 |
| Mortgage Arrearage: | 465.09 | 465.09 | .00 |
| Debt Secured by Vehicle: | 8,549.71 | 8,549.71 | 303.31 |
| All Other Secured: | 1,459.72 | 1,459.72 | .00 |
| **TOTAL SECURED:** | 156,185.64 | 10,474.52 | 303.31 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 996.00 | 996.00 | .00 |
| **TOTAL PRIORITY:** | 996.00 | 996.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 108,301.84 | 13,611.28 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,396.92 |
| Disbursements to Creditors: | $25,385.11 |
| **TOTAL DISBURSEMENTS:** | $28,782.03 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 09/23/2013    By: /s/Kathleen A. Laughlin  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.